IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGELA EWING and | : | |
| CLARENCE EWING | : | |
| | : | CIVIL ACTION NO.  02-CV-4226 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| BAYER CORPORATION; | : | ENTRY OF APPEARANCE |
| BAYER AG; | : | |
| GLAXOSMITHKLINE, PLC; | : | |
| GLAXOSMITHKLINE; | : | |
| SMITHKLINE BEECHAM | : | |
| | : | |
| Defendants. | : | |

## ENTRY OF APPEARANCE

To the Clerk of the Court:

Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Erin

Brennan and Kirstin J. Miller as attorneys for defendant GlaxoSmithKline PLC.

Respectfully Submitted,


_____          _____

Hope S. Freiwald                          Aline Fairweather



_____          _____

Erin Brennan                             Kirstin J. Miller



                                         DECHERT PRICE & RHOADS
                                         4000 Bell Atlantic Tower
                                         1717 Arch Street
                                         Philadelphia, PA  19103-2793
                                         (215) 994-4000